## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BRIAN A. GOODWIN and MARIE A. MOSHER GOODWIN,<br><br>                            Plaintiffs,<br><br>       vs.<br><br>CELINK,<br><br>                           Defendant. | Civil Action No. _____ |

Pursuant to Federal Rule of Civil Procedure 26.1 and Local Rule 7.1, the undersigned counsel of record for Celink hereby states as follows:

Celink is a doing-business-as name for Compu-link Corporation, a corporation. Celink is wholly-owned by its parent company, Peer Advisors, LLC. Peer Advisors, LLC has no parent company and no publicly-traded company owns 10% or more of its stock.

Dated: October 16, 2020.

Respectfully submitted,

CELINK,

By its Attorneys,

/s/ Kevin P. Polansky
Kevin Polansky (Maine Bar No. 005516)
kevin.polansky@nelsonmullins.com
Lyndsey A. Stults (Maine Bar No. 006292)
Lyndsey.stults@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square
Boston, MA 02109
(617) 217-4720
(617) 217-4710 (fax)

Dated: October 16, 2020

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of October, 2020, a true and accurate copy of the above Notice of Removal has been served upon all parties and counsel of record identified below, via first-class mail as follows:

> Paul H. Mills, Esq.
> 163 Main Street – Box 608
> Farmington, Maine

> */s/ Kevin P. Polansky*
> Kevin P. Polansky