UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN A. GOODWIN and MARIE A. GOODWIN, <br><br> PLAINTIFFS <br><br> v. <br><br> COMPU-LINK CORPORATION d/b/a CELINK, <br><br> DEFENDANT | Case No. 1:20-cv-00384-LEW |
| LONGBRIDGE FINANCIAL, LLC <br><br> PLAINTIFF <br><br> v. <br><br> BRIAN A. GOODWIN AND MARIE A. GOODWIN <br><br> DEFENDANTS | Case No. 1:20-cv-00433-LEW |

**STIPULATION OF DISMISSAL**

The parties to these two cases hereby stipulate to the dismissals of both cases with prejudice and without any award of costs or attorney fees.

DATED:  March 26, 2021

/s/ Thomas A. Cox
Thomas A. Cox, Esq.,   Me. Bar No. 1248
*Attorney for Plaintiffs Brian Goodwin and
    Marie Goodwin*

P.O. Box 1314
Portland, Maine 04104
(207) 749-6671
tac@gwi.net

1

DATED: March 26, 2021                             /s/ Kevin Polansky
                                                  Kevin Polansky, Esq., Me. Bar No. 5516
                                                  *Attorney for Compu-Link Corporation d/b/a Celink*

                                                  Nelson Mullins Riley & Scarborough, LLP
                                                  One Post Office Square
                                                  Boston, MA 02109
                                                  (617) 217-4720


DATED: March 26, 2021                             /s/ Carrie Folsom
                                                  Carrie Folsom, Esq., Me. Bar. No. 9510
                                                  *Attorney For Longbridge Financial, LLC*

                                                  Korde & Associates, P.C.
                                                  707 Sable Oaks Drive, Suite 250
                                                  South Portland, Maine 04106
                                                  (207) 775-6223

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he served the foregoing Stipulation of Dismissal this 26 day of March 2021 upon counsel of record by the filing thereof on the ECF system

                                                   /s/ Thomas A. Cox
                                                   Thomas A. Cox